# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 13, 2013

### NO.  03-12-00319-CV

**Andrew Lloyd Kurr, Appellant**

**v.**

**BAC Home Loans Servicing, LP, and The Bank of New York Mellon Corporation d/b/a The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificate Holders CWABS, Inc. Asset Backed Certificates, Series 2005-BC5, Appellees**

**APPEAL FROM 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE FIELD**

**IT APPEARING** to this Court that the appellant has failed to file a brief, and, accordingly, has failed to prosecute the appeal:  **IT IS THEREFORE** considered, adjudged and ordered that the appeal is dismissed for want of prosecution.  **IT IS FURTHER** ordered that the appellant pay all costs relating to this appeal both in this Court and the court below; and that this decision be certified below for observance.